**(106 So. 926)**

Charley WILLIAMS v. STATE. (6 Div. 769.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Grand larceny.

RICE, J. Appeal dismissed.

_____

**(106 So. 926)**

John WILLIAMS v. STATE. (6 Div. 835.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Assault to murder. Pinkney Scott, of Bessemer, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Appeal dismissed on motion of appellant.

_____

**(110 So. 926)**

Adell WILLIAMS v. STATE. (6 Div. 9.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Marion County; R. L. Blanton, Judge.

SAMFORD, J. Appeal dismissed.

_____

**(110 So. 926)**

Lawrence WILLIAMS v. STATE. (1 Div. 673.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Mobile County; T. J. Bedsole, Judge. Grand larceny. Foster K. Hale, Jr., of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed on authority of Williams v. State (1 Div. 672) post, p. 701, 110 So. 927.

_____

**(110 So. 927)**

Lawrence WILLIAMS v. STATE. (1 Div. 672.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Mobile County; T. J. Bedsole, Judge. Foster K. Hale, Jr., of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. The corpus delicti having been proven the confession of defendant as testified to by the witness Hagan, together with the other facts and circumstances testified to by the other witness for the state, were sufficient to connect the defendant with the crime charged. The general charge as requested by defendant was properly refused. Exceptions reserved upon rulings of the court are of such a nature as not to injuriously affect the substantial rights of defendant, so as to constitute reversible error. We find no error in the record, and the judgment is affirmed. Affirmed.